Case: **1:26−cv−01111**
Assigned To : **Breen, J. Daniel**
Referral Judge: **York, Jon A.**
Assign. Date : **5/21/2026**
Description: **Wood v. The City of Lexington, Tennessee et al**

1