IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CODY WOOD,

    Plaintiff,

v.                                No. 1:26-cv-01111-JDB-jay

THE CITY OF LEXINGTON, TENNESSEE, et al.,

    Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT

---

Before the Court is the motion of Defendants, City of Lexington, Tennessee, Gordon Wildridge, Chip Clark, Donna Ross, Jimmy White, and Tim Rhodes, to extend the time to respond to the complaint. (Docket Entry ("D.E.") 15.)  Plaintiff's counsel has no objection to the motion. (*See* D.E. 15-1 at PageID 64.)  Upon consideration of the motion, it is GRANTED.  Defendants shall file their answer(s) or response(s) to the complaint on or before July 21, 2026.

IT IS SO ORDERED this 18th day of June 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE